# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ALEX M. KEDDIE IV, IN HIS INDIVIDUAL CAPACITY AND DERIVATIVELY ON BEHALF OF CROSSETT INC., A PENNSYLVANIA BUSINESS CORPORATION, | : | No. 154 WAL 2019 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| JANET M. GREGORY, IN HER INDIVIDUAL CAPACITY AND AS PRESIDENT AND CHAIRMAN OF THE BOARD OF DIRECTORS OF CROSSETT, INC., AND DOUGLAS C. SMITH, IN HIS INDIVIDUAL CAPACITY AND AS VICE PRESIDENT OF CROSSETT, INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 18th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.